Before STATE INDUSTRIAL BOARD, Respondent. ABE THOMAS, Respondent, v.

GEORGE H. TERRY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM TURNBULL, Respondent, v. CHARLES F. NOYES COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.